U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 JUL 13 PM 1:43

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 2:18-cr-014 |
| ) | |
| ANTHONY L. MICKENS (a.k.a. "K"), ) | |
| Defendant. ) | |

## INFORMATION

### COUNT ONE

The United States Attorney charges:

In or about August 2017, in the District of Vermont, defendant ANTHONY MICKENS (a.k.a. "K") knowingly and willfully conspired with others, known and unknown to the grand jury, to distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance. ANTHONY MICKENS' conduct as a member of the conspiracy, including the reasonable foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 846, 841(a), 841(b)(1)(B))

## COUNT TWO

The United States Attorney further charges:

In or about August 2017, in the District of Vermont, defendant ANTHONY MICKENS (a.k.a. "K") knowingly possessed firearms, in and affecting interstate commerce, that is, (1) a Smith and Wesson model M&P 15-22 .22 caliber pistol (serial # DUL3952); and (2) a Browning model Buck Mark .22 caliber pistol (serial # 515ZX10750), after having been convicted of crimes punishable by a term of imprisonment exceeding one year, that is:

a. Forgery, Superior Court, Tolland, CT (July 26, 2016) (Docket # T19R-CR15-0107477-S);

b. Possession of narcotics, Superior Court, Hartford, CT (Sept. 18, 2014 ) (Docket # H14H-CR14-0673834-S);

c. No pistol permit, Superior Court, Hartford, CT (Sept. 18, 2014) (Docket # H14H-CR14-0673834-S);

d. Narcotics sale, Superior Court, Hartford, CT (Sept. 5, 2014) (Docket # H12M-CR14-0247233-S); and,

e. Narcotics possession with intent to distribute, Superior Court, Hartford, CT, (Sept. 15, 2014) (Docket # H12M-CR13-0244677-S).

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

## FORFEITURE NOTICE

The allegations contained in Count One of the Information are hereby realleged and incorporated by reference. Upon conviction of Count One, defendant Anthony Mickens shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes $5,290 and $302 00 in U.S. Currency seized on or about August 31, 2017.

If any forfeitable property described above, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty; the United States shall be entitled to forfeiture of substitute property.

(21 U.S.C. § 853)

*Christina E. Nolan* (JRP)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
July 13, 2018