U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 DEC 21 AM 10: 34

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:18-cr-014 – 1 |
| | ) |
| ANTHONY L. MICKENS (a.k.a. "K"), | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, in the Forfeiture Notice of the Information, the United States sought forfeiture of $5,290 and $302 in U.S. Funds seized on August 31, 2017 (hereinafter referred to as the "Currency"), pursuant to 21 U.S.C. § 853 as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 846 and 841(a), 841(b)(1)(B), and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation;

WHEREAS, on August 6, 2018, Anthony L. Mickens plead guilty to Counts One and Two of the Information and agreed in his plea agreement that the Currency would be forfeited to the United States.

WHEREAS, this Court entered a Preliminary Order of Forfeiture on August 21, 2018, declaring that pursuant to 21 U.S.C. § 853, the United States was entitled to possession of the Property;

WHEREAS, the Preliminary Order of Forfeiture provided for publication by the Government, in a newspaper of general circulation and/or by Internet advertising through www.forfeiture.gov, of notice of the Preliminary Order of Forfeiture, notice of the Government's intent to dispose of the Property in such manner as the Attorney General might direct, and notice that any person, other than the defendant, having or claiming a legal interest in the Currency

must file a petition with the court within the time-frame of the final publication of notice or of receipt of action notice, whichever was earlier;

WHEREAS, the Preliminary Order of Forfeiture provided that any petition should be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the Currency, should be signed by the petitioner under penalty of perjury, and should set forth the nature and extent of the petitioner's right, title or interest in the Currency and any additional facts supporting the petitioner's claim and the relief sought;

WHEREAS, the Preliminary Order of Forfeiture provided that the United States might also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Currency, as a substitute for published notice as to those persons so notified;

WHEREAS, the Preliminary Order of Forfeiture provided that upon adjudication of all third-party interests, this Court would enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests would be addressed;

WHEREAS, the Government posted notice as provided in the Preliminary Order of Forfeiture on the official government Internet website (www.forfeiture.gov) for 30 consecutive days beginning August 22, 2018 and ending September 20, 2018; and

WHEREAS, no claims or petitions have been filed and the time for doing so has expired.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That the $5,290 and $302 in U.S. Currency seized on or about August 31, 2017 is hereby forfeited to the United States of America and that all claims and interests are forever closed and barred;

2. The U.S. Marshals Service shall dispose of the Currency in accordance with law; and

-3-

3. This Court shall retain jurisdiction over this action to enforce this agreement and take such other action as may be necessary.

Dated at Burlington, in the District of Vermont, this 20th day of December, 2018.

_____
HON. CHRISTINA REISS
United States District Court